

FILED

02/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 22-0005

# IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 22-0005

FILED

FEB 0 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE MOTION OF PAMELA R. ABELLA
FOR ADMISSION TO THE BAR OF THE STATE
OF MONTANA

O R D E R

Pamela R. Abella has filed a motion for admission to the Bar of the State of Montana pursuant to Rule V of the Rules for Admission, Admission on Motion. The Bar Admissions Administrator of the State Bar of Montana has informed the Court that the Commission on Character and Fitness has certified that Abella has provided the necessary documentation and has satisfied the requirements prerequisite to admission on motion under Rule V.

Abella has also requested, pursuant to Rule X, Rules of Admission, permission to be sworn in remotely, if possible, due to the COVID 19 pandemic. Good cause appearing:

IT IS HEREBY ORDERED that upon payment of any application fees and completion of any other processing requirements as set forth by the Bar Admissions Administrator, Pamela R. Abella may be sworn in to the practice of law in the State of Montana. Arrangements for swearing in may be made by contacting the office of the Clerk of the Montana Supreme Court, which office will address the process of remote swearing.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 1st day of February, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2